UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
MARIA MENDIZABAL, *on behalf of herself and* :
*others similarly situated*,
                                              :
                  Plaintiff,                  :
                                              :     ORDER
        -against-                             :
                                              :     17 Civ. 9222 (GBD)
CHARLES TYRWHITT, INC.,                       :
                                              :
                  Defendant.                  :
------------------------------------- x



GEORGE B. DANIELS, United States District Judge:

    The Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       January 23, 2018

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge